Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Quanovate Tech Inc. d/b/a Mira

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

CARLA MORENO AND FRANCES MORA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

QUANOVATE TECH INC. d/b/a MIRA,

Defendant.

Case No. 3:24-cv-05262-VC

**STIPULATION AND NOTICE REGARDING INFORMAL RESOLUTION OF ENTIRE CASE; [PROPOSED ORDER]**

(Filed Concurrently with Declaration of Scott O. Luskin)

Trial Date: Not set

Plaintiffs Carla Moreno and Frances Mora and Defendant Quanovate Tech Inc. d/b/a Mira (collectively, "the Parties") jointly submit this Stipulation and Notice regarding the informal resolution of the entire matter.

The Parties are pleased to report that this matter has tentatively reached an informal resolution pending the completion of certain outstanding issues. The parties request the Court to vacate the current November 18 deadline to respond to the complaint or continue it 45 days. The Parties expect to file a notice or stipulation of dismissal pursuant to Rule 41 within 60 days.

///

DATED: November 14, 2024

PAYNE & FEARS LLP
Attorneys at Law

By: */s/ Scott O. Luskin*
SCOTT O. LUSKIN

Attorneys for Quanovate Tech Inc. d/b/a Mira

DATED: November 14, 2024

ALMEIDA LAW GROUP LLC
Attorneys at Law

By: */s/ Matthew J. Langley*
MATTHEW J LANGLEY

One of the attorneys for Plaintiffs & the Classes

I, Scott O. Luskin, am the ECF user whose credentials were used to file this document. I attest that Matthew J. Langley, the other signatory to this Stipulation, has concurred in the filing of this document and its contents.

*/s/ Scott O. Luskin*
SCOTT O. LUSKIN

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *|s| Scott O. Luskin*
SCOTT O. LUSKIN

4862-0998-5529.1

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750