Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Quanovate Tech Inc. d/b/a Mira

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLA MORENO AND FRANCES MORA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUANOVATE TECH INC. d/b/a MIRA,<br><br>Defendant. | Case No. 3:24-cv-05262-VC<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION TO VACATE CURRENT DEADLINE FOR DEFENDANT QUANOVATE TECH INC. d/b/a MIRA TO RESPOND TO PLAINTIFFS CARLA MORENO AND FRANCES MORA'S COMPLAINT** |

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**~~[PROPOSED]~~ ORDER**

Based on the Parties' Stipulation and Notice of Informal Resolution of the Entire Case, and GOOD CAUSE appearing, the Court orders the following:

1. Defendant's deadline to respond to the Complaint shall be vacated;

2. The Parties shall file a notice or stipulation of dismissal pursuant to Rule 41 within 60 days or appear for a status conference on January 10, 2025 to discuss why a dismissal has not yet been entered.

IT IS SO ORDERED.

Hon. Vince Chhabria