Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Quanovate Tech Inc. d/b/a Mira

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLA MORENO AND FRANCES MORA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUANOVATE TECH INC. d/b/a MIRA,<br><br>Defendant. | Case No. 3:24-cv-05262-VC<br><br>**STIPULATION AND JOINT STATEMENT ON STATUS OF SETTLEMENT**<br><br>(Filed Concurrently with Declaration of Scott O. Luskin) |

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

On November 14, 2024, the parties reported that this matter had tentatively reached an informal resolution. (Dkt. 21.) The Court vacated Defendant's deadline to respond to the complaint and gave the parties 60 days to file a notice or stipulation of dismissal pursuant to Rule 41. (Dkt. 22.)

The parties have finalized a formal settlement agreement that includes a form of notice of dismissal pursuant to Rule 41 that provides the information requested by Paragraph 54 of the Court's standing order.

While the Court's order provides 60 days to provide a notice of dismissal (until January 15), the Court set a status conference for January 10, 2025, if the dismissal had not been filed by that time. (Dkt. 22.)

The confidential settlement requires additional actions be taken within approximately 30 days (although it will likely take less time), so the parties request until February 10, 2025, to file the notice of dismissal and a continuance of the status conference to about 10 days later.

The parties make this request to preserve judicial economy and reduce costs, and not for any reason of undue delay.

DATED: January 6, 2025

PAYNE & FEARS LLP
Attorneys at Law

By: */s/ Scott O. Luskin*
SCOTT O. LUSKIN

Attorneys for Quanovate Tech Inc. d/b/a Mira

DATED: January 6, 2025

ALMEIDA LAW GROUP LLC
Attorneys at Law

By: */s/ Michael J. Langley*
MATTHEW J. LANGLEY

One of the attorneys for Plaintiffs & the Classes

PAYNE & FEARS LLP
Attorneys at Law
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *\/s/ Scott O. Luskin*
SCOTT O. LUSKIN

4918-1262-9261.1